UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re:

VICTORIA GOLDSTEIN,

                      Debtor.
---------------------------------------------------------x

Chapter 13

Case No.  18-22810-SHL-13

# TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

      Krista M. Preuss, Trustee of the estate of the above-named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

| CLAIMANT NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| VICTORIA GOLDSTEIN<br>28 ROBIN HOOD RD<br>SUFFERN, NY 10901 | $9,531.00 |

      Trustee check number 653377 has been issued to the Clerk of the Court in the sum of $9,531.00. This amount represents the total of the aforesaid unclaimed dividend.

Dated: September 9, 2021
       White Plains, New York

                                  Respectfully submitted,
                                  */s/ Krista M. Preuss*
                                  KRISTA M. PREUSS      JF
                                  Standing Chapter 13 Trustee, SDNY
                                  399 Knollwood Road, Suite 102
                                  White Plains, NY 10603
                                  (914) 328-6333